**STONE, Movant, v. FIFE'S EXECUTOR, Opposed.**

Court of Appeals of Kentucky.

Feb. 21, 1939.

D. M. ALLEN for movant.

E. SELBY WIGGINS, opposed.

PER CURIAM.

Appeal denied.  Judgment affirmed.